**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LONNIE LEO MITZELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:20-cv-1757 JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED SEPTEMBER 8, 2021<br><br>(Doc. 13) |

Previously, the Court ordered Plaintiff to show cause why sanctions should not be imposed for failure to prosecute and failure to comply with the Court's order. (Doc. 13.) In the alternative, Plaintiff was directed to file an opening brief. (*Id.*) On September 23, 2021, Plaintiff filed a motion for summary judgment. (Doc. 14.) Accordingly, the Court **ORDERS**: the order to show cause dated September 23, 2021 (Doc. 13) is **DISCHARGED**.

IT IS SO ORDERED.

　　Dated:   **September 23, 2021**　　　　　　　　　_ **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE