# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE LEO MITZEL,<br><br>           Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant. | Case No.  1:20-cv-01757-SAB<br><br>ORDER RE: STIPULATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d)) AND DENYING MOTION FOR ATTORNEYS' FEES AS MOOT<br><br>(ECF Nos. 21, 23) |

Plaintiff Lonnie Leo Mitzel filed the complaint in this action on December 11, 2020. (ECF No. 1.)  On July 11, 2022, the Court granted Plaintiff's Social Security appeal, remanded the action for further proceedings, and entered judgment in favor of Plaintiff.  (ECF Nos. 19, 20.)

On October 25, 2022, the parties filed a stipulated motion for the award of attorney fees and expenses in the amount of $7,150.00 pursuant to the EAJA, and no costs under 28 U.S.C. § 1920.  (ECF No. 23.)  The award is without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.  (Id. at 2.)  The parties additionally proffer that the stipulation constitutes a complete release from, and bar to, any and all claims that Plaintiff and Plaintiff's attorney may have relating to EAJA attorney fees in connection with this action.  (Id.)  The Court additionally notes Plaintiff previously filed a motion

for attorneys' fees under the EAJA (ECF No. 21); this motion appears moot in light of the instant stipulation.

Accordingly, IT IS HEREBY ORDERED that pursuant to the stipulation of the parties, Plaintiff is awarded attorneys' fees in the amount of $7,150.00 pursuant to the EAJA, 28 U.S.C. § 2412(d).  (ECF No. 23.)  Plaintiff's motion for attorney's fees under the EAJA (ECF No. 21) is DENIED as MOOT.

IT IS SO ORDERED.

Dated:   **October 26, 2022**

UNITED STATES MAGISTRATE JUDGE